IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRANT HEILMAN PHOTOGRAPHY, INC.

Plaintiff,

v.

PEARSON EDUCATION, INC. and JOHN DOE PRINTERS 1-10,

Defendants.

CIVIL ACTION
NO. 11-4649

# ORDER

**AND NOW**, this 29th day of May, 2018, upon reviewing Defendant Pearson Education Inc.'s Motion to Enforce Protective Order and Impose Sanctions (Docket No. 114), Plaintiff Grant Heilman Photography, Inc.'s Response in Opposition and Cross-Motion (Docket No. 117), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Enforce Protective Order and Impose Sanctions is **GRANTED**.

2. Plaintiff's counsel is ordered to identify all uses of Pearson's Confidential Information since the termination of this action.

3. Plaintiff's counsel is ordered to retrieve and destroy any copies of Pearson's Confidential Information it has disseminated in violation of the Protective Order.

4. Plaintiff's counsel is ordered to not make any further use of Confidential Information Pearson produced in this action.

5. Plaintiff's counsel and GHP must destroy all Confidential Information Pearson produced in this action.

6. Defendant Pearson's counsel is awarded reasonable attorney fees and costs in connection with this motion under Federal Rule of Civil Procedure 37(b)(2)(C). Pearson shall submit a declaration and documentation of its claimed fees and costs **within 14 days** of the date of this Order.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.